FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 23, 2024**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-06042-MKD-7 |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| MOHAMMAD BAJAY (7), | **ECF Nos. 1017, 1018** |
| Defendant. | |

Before the Court is Defendant Mohammad Bajay's (7) Motion to Modify

Conditions of Release, ECF No. 1017, and related Motion to Expedite, ECF No.

1018.  Defendant Bajay's Standard Condition of Release No. 9 provides:

> Defendant's travel is restricted to the State of California
> and the State of Washington and points between to travel
> for court appearances.  Defendant is not permitted to enter
> Mexico.

ECF No. 363 at 7 ¶ 9.  Additional Condition No. 12.i required participation in

location monitoring.  ECF No. 363 at 8 ¶ 12.i.  Defendant Bajay moves for an

order modifying his conditions of release to allow for travel to Washington to

ORDER - 1

attend a court hearing.  The Court has reviewed the record and the motion and finds good cause to grant the request.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Bajay's (7) Motion to Modify Conditions of Release, **ECF No. 1017**, is **GRANTED.**

2. The related Motion to Expedite, **ECF No. 1018**, is GRANTED.

3. Standard Condition No. 9 is **MODIFIED** to permit Defendant Bajay (7) to travel to Washington for the purpose of appearing in court on Saturday, February 24, 2024, and to depart on February 26, 2024.

4. The United States Probation Office shall authorize/permit Defendant Bajay (7) to travel to Washington for court appearances, including overnight visits, without a Court Order specifically granting permission for each visit.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide copies of this Order to counsel and to the United States Probation Office.

DATED February 23, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2